**Exhibit A to the Complaint**

**Location:** Stratford, CT                                                                                           **IP Address:** 67.82.79.22
**Total Works Infringed:** 44                                                                                         **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | EA39AD116E1AD82A259908E827ABCC1AAF1D19D5 | Vixen | 03/02/2018 13:34:23 | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 2 | 03DB55C5EA03E840CEFAFD48D35CB4CAFFBF424C | Vixen | 07/19/2017 02:36:15 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 3 | 1543195513D6F5E2A831A19EB53B0EB44D9F1657 | Vixen | 02/16/2018 13:39:43 | 01/29/2018 | 02/07/2018 | 16335134850 |
| 4 | 1955DF5BFBEC5C70C682AE206E2209755F572760 | Blacked | 07/21/2017 06:22:02 | 06/14/2017 | 07/07/2017 | PA0002070824 |
| 5 | 1E88257B5A7E167737FB457C5D93EF92AE972CC2 | Blacked | 01/01/2018 03:30:38 | 12/31/2017 | 01/18/2018 | 16199943531 |
| 6 | 250D8BAF8C10975C1A7A72A227D9ABC12F4693CE | Blacked | 11/07/2017 01:49:01 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 7 | 256AD7496C0F26A164B4D30360352165A7E9567F | Vixen | 06/09/2017 02:55:23 | 06/08/2017 | 07/07/2017 | PA0002070832 |
| 8 | 28F94F30A942C1A433243BEF5077E036528DDAF8 | Blacked Raw | 11/08/2017 22:02:22 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 9 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 12/05/2017 06:14:29 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 10 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 08/05/2017 00:07:26 | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 11 | 32ECAB84C155C6C2C634E9433541FC1ACBFC4A58 | Blacked | 08/20/2017 04:52:37 | 08/18/2017 | 10/10/2017 | PA0002086146 |
| 12 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 09/18/2017 11:13:02 | 05/29/2017 | 06/22/2017 | PA0002039292 |
| 13 | 39AD5B58AA96023EF698F66ACF5820C5B35250DA | Vixen | 02/06/2018 05:26:37 | 02/03/2018 | 02/07/2018 | 16288499183 |
| 14 | 435ACBFEE6F7D35AEB73DBED1A165D6A9121AAEB | Blacked | 12/05/2017 06:25:01 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 15 | 4F66CB8B23BA0087866331E186EA7328DB385A98 | Vixen | 03/26/2018 04:14:28 | 03/25/2018 | 04/07/2018 | 16490950968 |
| 16 | 50759CA5CFAA4ED7A53C06CF8F524D21691C6587 | Blacked | 09/29/2017 07:49:44 | 09/27/2017 | 10/10/2017 | PA0002057451 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 68DB05F34A223AEF184B0FBBE87D10D10A16FEB3 | Vixen | 09/25/2017 05:48:22 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 18 | 6B31CCFF0D6363BF24B48A251FA6744B5F9EE28D | Vixen | 09/03/2017 04:42:28 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 19 | 6E83B1E3F3220ECA9C2485140F47188F910C0B29 | Blacked Raw | 01/29/2018 12:36:39 | 01/17/2018 | 01/20/2018 | 16215824084 |
| 20 | 8737D7D0823BFF5EE9801800DA9E329821895E31 | Blacked | 09/02/2017 01:58:01 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 21 | 87894E3FA489B812EA1EDF9CCFE61C6FABBFFFED | Blacked | 12/02/2017 09:15:29 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 22 | 95A01682A2924C6AAFCF746B00BDE06D3C94787A | Vixen | 11/01/2017 03:21:42 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 23 | 9EE5170AFC13D2DD6E0CAFD77EFB7CA88594D59B | Vixen | 10/07/2017 22:19:40 | 10/06/2017 | 10/19/2017 | PA0002090453 |
| 24 | A03B6569E886BF8091B6D0E7E9B8FA6DB98CDE20 | Vixen | 10/17/2017 04:49:34 | 10/16/2017 | 10/19/2017 | PA0002090451 |
| 25 | AAEA395AD60095DD4D971C4B2CA5E9D4644BE828 | Vixen | 01/12/2018 00:55:30 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 26 | ADF92777B14406D128959B39973AE553DEF166E7 | Blacked | 07/16/2017 17:01:58 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 27 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 07/13/2017 08:23:55 | 07/08/2017 | 08/17/2017 | PA0002077664 |
| 28 | B677D250D7915054267619B836BAC6F6A30E02B6 | Blacked | 01/29/2018 11:40:31 | 01/20/2018 | 02/03/2018 | 16335134702 |
| 29 | BC570785D1C924C2FE8D1B5812B987DEC89FFA31 | Vixen | 07/26/2017 10:09:13 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 30 | BC713071309BE7B20F7F2736D5DE00BD4B209CE4 | Vixen | 11/26/2017 07:04:31 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 31 | BE8008843ED020768FA42F16F33458E623A3DF2C | Blacked | 11/02/2017 04:24:39 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 32 | C6E2A3FBC34722B6DE685C41833B247973356D51 | Blacked | 12/11/2017 12:34:34 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 33 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/18/2017 06:02:20 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 34 | CC9A5DEAF04B5240091380B737FAC4D9FFC94205 | Blacked | 06/06/2017 12:44:24 | 04/30/2017 | 06/15/2017 | PA0002037580 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 11/19/2017 05:10:44 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 36 | D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262 | Blacked Raw | 02/07/2018 08:43:06 | 02/06/2018 | 02/07/2018 | 16288499072 |
| 37 | D3FAF71F358B37710684388E75AC476CF04945AF | Blacked | 01/11/2018 22:32:57 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 38 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/13/2017 02:30:40 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 39 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/21/2017 03:31:11 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 40 | E3958AF9B59A17855B5F14AB968D418A3ABAE370 | Blacked | 11/27/2017 02:57:49 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 41 | E3FE04401215A6AB69C3C0FFBEA84393D0C81EBA | Blacked | 08/13/2017 22:32:33 | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 42 | E5FBACD5FB5328A95AE74FEDCAD2F325C3E51215 | Vixen | 12/28/2017 05:13:19 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 43 | F4D697D4CD5A5F484EB93A61F939FD0A7CC52A1F | Blacked | 07/01/2017 07:01:16 | 06/29/2017 | 07/07/2017 | PA0002070821 |
| 44 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/22/2017 06:38:15 | 09/21/2017 | 10/10/2017 | PA0002086168 |